IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-02081-MSK-BNB

MARIUS GEDGAUDAS,

        Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,
HORNE ENGINEERING EMPLOYEE BENEFITS PLAN,
an ERISA welfare benefit plan, and
HORNE ENGINEERING SERVICES, INC.,

        Defendants.

---

**ORDER REGARDING COMPLIANCE WITH RULES**

---

THIS MATTER comes before the Court on the Status Update Regarding Deadlines

Set Forth in "Order Setting Hearing Under Fed.R.Civ.P.16" **(#5)** filed on November 16, 2005,

which the Court construes as a Motion for Extension of Time ("Motion").  A review of the

Motion indicates that Movant has not complied with applicable provisions of the Federal Rules of

Civil Procedure or the Local Rules of this Court, specifically:

    a.  D.C.COLO.L.CivR.

        a)_____5.1(F) no certificate of service
        b)_____6.1(C) motion for extension of time should state date certain, etc.
        c)___X__6.1(D) proof of service to client
        c)___X__7.1(A) duty to confer or make good faith effort to confer
        d)_____7.1(B) unopposed motion not titled as such
        f)_____7.1(C) sets deadlines for motions and excludes new motion in response**
        *A motion shall not be included in a response or reply to the original motion.  A*
        *motion shall be made in a separate paper.*
        g)_____7.1(F) no proposed order

        h)_____10.1(J) caption
        h)_____56.1(A) MSJ not accompanied by brief
        i) _____56.1(B) cross motion not to be included in response brief
        j) _____83.3(D) motion to withdraw as counsel w/o notice

   b. FED.R.CIV.P./Other:
      a) _____
      b) _____
      c) _____

**IT IS THEREFORE ORDERED** that the Motion **(# 5)** is **DENIED** without prejudice.

DATED this 18th day of November, 2005

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge