IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02081-MSK-BNB

MARIUS GEDGAUDAS,

        Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,
HORNE ENGINEERING EMPLOYEE BENEFITS PLAN,
an ERISA welfare benefit plan, and
HORNE ENGINEERING SERVICES, INC.,

        Defendants.

## ORDER GRANTING MOTION TO AMEND COMPLAINT

THIS MATTER comes before the Court on the Plaintiff's unopposed motion to file an amended complaint **(#36)**. Having considered the same,

**IT IS ORDERED** that:

(1)    The motion to file an amended complaint **(#36)** is **GRANTED**.

(2)    The Defendants' motions to dismiss **(#15, #26)** the original complaint are **DENIED**, as moot.

Dated this 23rd day of January, 2006

        **BY THE COURT:**

        *Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge