IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02081-MSK-BNB

MARIUS GEDGAUDAS,

        Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,
HORNE ENGINEERING EMPLOYEE BENEFITS PLAN,
an ERISA welfare benefit plan, and
HORNE ENGINEERING SERVICES, INC.,

        Defendants.

## *AMENDED* ORDER OF REFERENCE TO MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and FED. R. CIV. P. 72(a) and (b), this matter is referred to United States Magistrate Judge Boyd N. Boland to conduct proceedings in this action as follows:

- (x) Convene a scheduling conference under FED. R. CIV. P. 16(b); enter a Scheduling Order meeting the requirements of D.C.COLO.LCivR 16.2; and hear and determine any motions seeking amendment or modification of the Scheduling Order.

- (x) Convene such settlement conferences as may facilitate resolution of this case.

- (x) Hear and determine motions relating to discovery.

- (x) Hear and determine such other non-dispositive motions as may be specifically referred.

- (x) Conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on specifically referred dispositive motions.

**IT IS FURTHER ORDERED** that all pleadings shall be filed in compliance with this Court's Practice Standards - Civil (Revised as of January, 2006) available at www.co.uscourts.gov.

Dated this 27th day of March, 2006

BY THE COURT:

Marcia S. Krieger
United States District Judge