IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02081-MSK-BNB

MARIUS GEDGAUDAS,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,
HORNE ENGINEERING EMPLOYEE BENEFITS PLAN,
an ERISA welfare benefit plan, and
HORNE ENGINEERING SERVICES, INC.,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Based upon the parties' Stipulation for Dismissal with Prejudice, the Court hereby

**ORDERS** that this action is dismissed with prejudice. Each party shall bear its own costs and

attorneys' fees. The Clerk of Court is directed to close this case.

Dated this 25th day of May, 2006

                                                            **BY THE COURT:**

                                                            Marcia S. Krieger
                                                            United States District Judge